**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case Number: | 18-16804 RBR |
| Case Name: | CM Lab Inc |
| Period Ending: | 06/30/19 |

| Trustee: | Chad S. Paiva |
| Filed (f) or Converted (c): | 09/06/18 (c) |
| §341(a) Meeting Date: | 10/11/18 |
| Claims Bar Date: | 11/19/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A.Business Choice Checking 5929 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Suntrust Bank, N.A.Total Business Banking 9791 | 2,442.73 | 1,886.57 | | 1,886.57 | FA |
| 3 | Accounts receivable over 90 days<br>Abandoned per DE #76 | 92,916.03 | 0.00 | OA | 0.00 | FA |
| 4 | Work in Progress -pending laboratoryorders<br>Abandoned Per DE #76 | Unknown | 0.00 | OA | 0.00 | FA |
| 5 | Various glass partitions (some panels with CMLabs logo etched into the glass), 16 sheets ofglass connected to 6 yellow and gray walls 73"high (home made)<br>Abandoned Per DE #76 | 200.00 | 0.00 | OA | 0.00 | FA |
| 6 | phone system<br>Abandoned Per DE #76 | Unknown | 0.00 | OA | 0.00 | FA |
| 7 | credit card merchant equipment<br>Abandoned Per DE #76 | Unknown | 0.00 | OA | 0.00 | FA |
| 8 | 1 Abbott Immunoassay Architeck i1000 SRImmunoassay AnalyzerS/N: iISR54019With Sinergy S2000XHU(Debtor asserts ownership - disguised securityinterest)<br>Abandoned Per DE#76 | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | 1 Abbott Immunoassay Architeck i2000 withiARM attachment (Debtor asserts ownership - disguised securityinterest)<br>Abandoned Per DE #76 | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 1 Olympus AU640S/N: 8017138<br>Abandoned Per DE #76 | 5,500.00 | 0.00 | OA | 0.00 | FA |
| 11 | 2 Abbott Cell-Dyn Ruby Hematology Analyzers(Value is $5,500.00 each)(Debtor asserts ownership - disguised securityinterest)<br>Abandoned Per DE #76 | 11,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | 1 AutoGenomics High Throughput System(HTS)Consisting of: 1 Infiniti Processor, S/N:14124032, 1 Infinite Ace Analyzer, S/N:14125032 and 1 Infiniti Incubator, S/N:14123032<br>Abandoned Per DE #76 | 47,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | 1 eppendorf epMotion P5073S/N: 5073DJ00549<br>Abandoned Per DE #76 | 8,900.00 | 0.00 | OA | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

| **Case Number:** | 18-16804 RBR | **Trustee:** | Chad S. Paiva |
|---|---|---|---|
| **Case Name:** | CM Lab Inc | **Filed (f) or Converted (c):** | 09/06/18 (c) |
| | | **§341(a) Meeting Date:** | 10/11/18 |
| **Period Ending:** | 06/30/19 | **Claims Bar Date:** | 11/19/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | 4 eppendorf vapo.protect, Mastercycler ProS/N's: 6321DP420428 (with controller),6321DP020436, 6321DP220434 and6321DP120431(Total value of $2,400.00) Abandoned Per DE #76 | 2,400.00 | 0.00 | OA | 0.00 | FA |
| 15 | 1 Instrumentation LaboratoryACL EliteS/N: 12111467 Per DE #76 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | 1 Cepheid GeneXpert XVI, 8 Testing SiteSystem with UPS, 1 Black & White Printer andShipping, including all attachments andaccessories as provided by Laboratory SupplyCompany, under Lease No. 1061000 Per DE #76 | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | 1 Capillarys 2 Flex Piercing instrument Per DE #76 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | 20861 Johnson St #117 - 118, Pembroke Pines Sold Per Order DE #116 | 753,700.00 | 237,550.48 | | 815,000.00 | FA |
| 19 | Patient List/Information(no commercial value) Per DE #76 | Unknown | 0.00 | OA | 0.00 | FA |
| 20 | Misc. Goodwill Per DE #76 | Unknown | 0.00 | OA | 0.00 | FA |
| 21 | Potential claim against Martha C Orozco relating to her prior management of the Debtor | 0.00 | 0.00 | | 0.00 | FA |
| 22 | FPL Refund (u) | 0.00 | 687.10 | | 687.10 | FA |
| 23 | Post-Petition Rent from Asset #18 | 33,000.00 | 33,000.00 | | 33,000.00 | FA |
| 24 | Unused Retainer - Leiderman Shelomith Alexander (u) | 19,134.33 | 19,134.33 | | 19,134.33 | FA |
| 25 | Unused Retainer Rodriguez Law PL (u) | 16,443.80 | 16,443.80 | | 16,443.80 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,020,636.89** | **$308,702.28** | | **$886,151.80** | **$0.00** |

**Major activities affecting case closing:**
CBD: 11/19/18

Tax Return Status:  CPA Hired to file necessary returns

Case Status:  This case was converted from chapter 11 to chapter 7 on September 6, 2018.   The primary asset,  two warehouse condos,  are located in western Pembroke Pines. At the time the case was converted, the debtor's principal was operating a successor company out of the location that was in the process of moving when the case was converted.  The Trustee did an onsite visit on September immediately retained counsel (DE#62 - Order approving), an accountant (DE#82 - Order approving), and a realtor (DE#81 - Order approving) to market and sell the warehouse condos.  The

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:  3

warehouse condos were undersecured, but in the chapter 11 the partially secured third lender agreed to a carve out for the chapter 7 trustee and an incentive for the court to convert rather than dismiss the case.  The Trustee determined that the debtor's Schedule B personal property was subject to consensual and judgment liens that far exceeded the value of the assets and abandoned all Schedule B assets and filed a Report of Abandonment (DE#76). The Trustee then entered into an agreement with the debtor's principal for the entity occupying the debtor's warehouse condos to pay post-petition chapter 11 rent and post-conversion rent until it vacated the premises.  That compromise, pursuant to which the tenant agreed to pay the estate $6,000 a month for four months through October 31, 2018  ($24,000.00) which was the estimated move out date.  The Motion to approve compromise was filed on October 19, 2019 (DE#77) and scheduled for hearing on November 14, 2019. The Motion was granted at the hearing, and an Order approving the compromise was entered on November 19, 2018 (DE#88).  The tenant paid the $24,000 to the estate plus an additional $9,000.00 for November rent and rent through December 15, 2019 when it vacated the premises.  The Trustee also recovered $16,443.80 from the unused pre-petition retainer paid to Leiderman Shelemoth (DE#89 - Final Fee Order), which was lead counsel for the debtor, and $19,134.33 from the unused pre-petition retainer paid to Rodriguez Law (DE#91 - Final Fee Order), which was co-counsel to Leiderman, Shelemoth.  The Trustee obtained a buyer (Elkin Sanchez) for the two warehouse condo units for $740,000, subject to higher and better offers and filed a Motion to sell the condo units free and clear of certain liens on February 13, 2019 (DE#99), and a Motion to employ John Shiekman, Esq. as special real estate counsel to close the transaction for a flat fee of $5,000.00.  The sale motion was scheduled for hearing on March 20, 2019.  The motion to employ special counsel was scheduled for February 27, 2019.  The application to employ An Order approving John Shiekman's employment as special was entered on March 1, 2019 (DE#108).  In conjunction with the sale motion, the first mortgage holder,  Bank United,  filed a Motion for payment of default interest, and attorney's fees and costs.  The Trustee did not oppose payment of attorney's fees and costs, but opposed payment of default interest and filed a response on March 18, 2019 (DE#113).  Prior to the hearing on the sale Motion, an agreement was reached whereby Bank United agreed to accept interest at the post-judgment rate, and would be paid $34,500.09 through March 31, 2019 for accrued post-judgment/post-petition interest, attorney's fees and costs.  An order memorializing the agreement was entered on March 20, 2019 (DE#114). Prior to the hearing on sale motion, the Trustee received a higher offer for $800,000 for the debtor's condo units.  At the March 20, 2019 hearing on the sale motion, the original buyer for $740,000 and the buyer who came in with the $800,000 offer appeared and a pre-hearing auction was held in the Court's anteroom at which the final purchase price was increased to $815,000 in favor of the original buyer, Elkin Sanchez.  The sale to Elkin Sanchez for $815,000 was approved by the Court at the hearing, and an Order approving the sale was entered on March 22, 2019 (DE#116).  Subsequent to the entry of the Order approving the sale, a Florida Department of Revenue lien showed up which was not dealt with in the Motion. On April 4, 2019, the Trustee filed an Emergency Motion to Strip the DOR's lien (DE#124) which was scheduled by the Court for April 9 2019.  The DOR agreed to release its lien since it's claim in the bankruptcy is a priority claim, and the motion to strip lien was withdrawn.  The sale of the condo units closed on April 11, 2019.  The estate received net proceeds of $237,550.48, however, the sale was free and clear of the partially secured third mortgage of Newtek Small Business Finance because the parties had not been able to work out an agreed surcharge prior to the sale hearing.  Newtek had originally offered $50,000.00 to any trustee in conjunction with conversion of the case.  The Trustee had made an offer to split the net proceeds with Newtek prior to the filing of the sale motion which was rejected.  On March 25, 2019 (DE#117), the Trustee files a motion to surcharge Newtek for 50% of the net proceeds (DE#117).  The surcharge motion was scheduled for hearing on May 1, 2019.   Prior to the hearing, a compromise was reached pursuant to which the estate would receive a surcharge of $75,000 from the net proceeds and Newtek would release its lien against the $33,000 in post-petition rent collected by the Trustee and agree to have the balance of its claim reclassified as unsecured.  An order approving the compromise between the Trustee and Newtek on the surcharge motion was entered on May 1, 2019 (DE#136).  In accordance with the surcharge order, the Trustee remitted $162,500.48 to Newtek.

The Trustee has now issued subpoenas to several banks to obtain banking records so that a complete voidable transfer analysis can be conducted by his court appointed accountant.

**Initial Projected Date of Final Report (TFR):**  December 31, 2020          **Current Projected Date of Final Report (TFR):**  December 31, 2020

Page: 1

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-16804 RBR | Trustee: | Chad S. Paiva |
| Case Name: | CM Lab Inc | Bank Name: | Signature Bank |
| | | Account: | ******0073 - Checking |
| Taxpayer ID#: | ******6631 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period: | 07/01/18 - 06/30/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/29/18 | Asset #2 | Michael Bogdan | close out of SunTrust bank account | | 1129-000 | 1,886.57 | | 1,886.57 |
| 11/14/18 | Asset #23 | Change Within, Inc. | November 2018 rent | | 1122-000 | 6,000.00 | | 7,886.57 |
| 11/29/18 | Asset #25 | Rodriguez Law PL | unused retainer refunds Per DE # 91 | | 1221-000 | 16,443.80 | | 24,330.37 |
| 11/29/18 | Asset #24 | Leiderman Shelomith Alexander | refund of unused retainer Per DE #89 | | 1221-000 | 19,134.33 | | 43,464.70 |
| 11/29/18 | Asset #23 | Leiderman Shelomith Alexander | post-petition rent from Testing Matters, Inc. - Per DE #88 | | 1122-000 | 24,000.00 | | 67,464.70 |
| 12/10/18 | 1001 | Florida Department of Revenue | sales tax on rent for June, July, Sept and Nov 2018 ($5,660.37 monthly rent) | | 2820-000 | | 1,698.15 | 65,766.55 |
| 12/12/18 | Asset #23 | Change Within, Inc. | 1/2 rent for Dec 2018 | | 1122-000 | 3,000.00 | | 68,766.55 |
| 01/09/19 | 1002 | Florida Department of Revenue | Sales Tax on Dec 2018 rent - per order DE#77 | | 5800-000 | | 169.81 | 68,596.74 |
| 04/19/19 | | Greenspoon Marder Trust Account | Proceeds from sale of real property per Order ECF#116 | | | 237,550.48 | | 306,147.22 |
| 04/19/19 | Asset #18 | Lucky Green Investment LLC | Gross Sales Price | 815,000.00 | 1110-000 | | | 306,147.22 |
| 04/19/19 | | Lucky Green Investment LLC | Buyer's share of taxes and assessments | 2,151.44 | 1290-000 | | | 306,147.22 |
| 04/19/19 | | Greenspoon Marder, P.A. | Misc. closing costs, recording fees, doc stamps, title insurance, etc. | -5,924.50 | 2500-000 | | | 306,147.22 |
| 04/19/19 | | John Shiekman, Esq. | Special counsel fees per Order DE#108 | -5,000.00 | 3210-000 | | | 306,147.22 |
| 04/19/19 | | Chapel Trail Trade Center | HOA assessments | -13,257.68 | 4110-000 | | | 306,147.22 |
| 04/19/19 | | Bank United | Payoff first mortgage | -308,991.46 | 4110-000 | | | 306,147.22 |
| 04/19/19 | | Broward County Tax Collector | Post Petition Real Estate Taxes | -20,612.56 | 2820-000 | | | 306,147.22 |

## Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 18-16804 RBR | | Trustee: | Chad S. Paiva |
| Case Name: | CM Lab Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******0073 - Checking |
| Taxpayer ID#: | ******6631 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period: | 07/01/18 - 06/30/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/19/19 | | Trustee Realty Inc. | Realtor Commissions          -40,750.00 | 3510-000 | | | 306,147.22 |
| 04/19/19 | | US Small Business Administration | Payoff Second Mortgage      -185,064.76 | 4110-000 | | | 306,147.22 |
| 05/03/19 | 1003 | Newtek Small Business Finance, LLC | Per Order DE#136 - Settlement of Third Mortgage | 4110-000 | | 162,550.48 | 143,596.74 |
| 05/09/19 | 1004 | Steven Fender PA | Per DE #138 | | | 17,446.84 | 126,149.90 |
| 05/09/19 | | Steven Fender PA | INTERIM FEES/COSTS PER        15,170.80 ORDER ECF#138 | 3210-000 | | | 126,149.90 |
| 05/09/19 | | Steven Fender PA | 2,276.04 | 3220-000 | | | 126,149.90 |
| 06/30/19 | Asset #22 | FLORIDA POWER & LIGHT | Refund of remaining pre-petition deposit. | 1229-000 | 687.10 | | 126,837.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | 308,702.28 | 181,865.28 | **$126,837.00** |
| | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | **Subtotal** | | 308,702.28 | 181,865.28 | |
| | | Less: Payment to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$308,702.28** | **$181,865.28** | |

| Net Receipts: | $308,702.28 |
|---|---|
| Plus Gross Adjustments: | 579,600.96 |
| Net Estate: | $888,303.24 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0073 | 308,702.28 | 181,865.28 | 126,837.00 |
| | **$308,702.28** | **$181,865.28** | **$126,837.00** |