UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVSION

In re:    CM Lab Inc                                                             § Case No. 0:18-bk-16804
                                                                                 §
                                                                                 §
Debtor(s)                                                                        §

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Chad S. Paiva, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $195,916.03 *(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distribution to Claimants:  $787,763.61 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $166,888.19 | |

    3)  Total gross receipts of $954,651.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $954,651.80 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 1,611,369.07 | 1,258,181.89 | 669,864.38 | 669,864.38 |
| PRIORITY CLAIMS | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 166,888.19 | 166,888.19 | 166,888.19 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,980.31 | 4,453.20 | 4,453.20 | 4,453.20 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,127,180.34 | 2,023,479.74 | 2,023,479.74 | 113,446.03 |
| **TOTAL DISBURSEMENTS** | **$3,750,529.72** | **$3,453,003.02** | **$2,864,685.51** | **$954,651.80** |

      4) This case was originally filed under Chapter 11 on 06/05/2018 and it was converted to Chapter 7 on 09/06/2018. The case was pending for 24 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2020      By: /s/ Chad S. Paiva
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 20861 Johnson St #117 - 118, Pembroke Pines | 1110-000 | 815,000.00 |
| Post-Petition Rent from Asset #18 | 1122-000 | 9,000.00 |
| Suntrust Bank, N.A.Total Business Banking 9791 | 1129-000 | 1,886.57 |
| Unused Retainer - Leiderman Shelomith Alexander | 1221-000 | 19,134.33 |
| Unused Retainer Rodriguez Law PL | 1221-000 | 16,443.80 |
| Post-Petition Rent from Asset #18 | 1222-000 | 24,000.00 |
| FPL Refund | 1229-000 | 687.10 |
| American Express - avoidances | 1241-000 | 25,000.00 |
| Capital One - avoidances | 1241-000 | 26,000.00 |
| Claims against Bodgan, Testing Matters and other Bodgan Entities | 1241-000 | 17,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$954,651.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | United States Small Business Administration | 4110-000 | N/A | 181,453.59 | 0.00 | 0.00 |
| 4 | BankUnited, N.A. | 4110-000 | 92,431.56 | 295,248.94 | 0.00 | 0.00 |
| 44 | BFG Corporation | 4110-000 | N/A | 111,614.98 | 0.00 | 0.00 |
| NOTFILED | Chapel Trail Trade Center, Inc | 4110-000 | 2,133.71 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Small Business Administration | 4110-000 | 181,418.53 | 0.00 | 0.00 | 0.00 |
| | Bank United | 4110-000 | N/A | 308,991.46 | 308,991.46 | 308,991.46 |
| | Chapel Trail Trade Center | 4110-000 | N/A | 13,257.68 | 13,257.68 | 13,257.68 |
| | Newtek Small Business Finance, LLC | 4110-000 | N/A | 162,550.48 | 162,550.48 | 162,550.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Small Business Administration | 4110-000 | N/A | 185,064.76 | 185,064.76 | 185,064.76 |
| NOTFILED | Baytree Financial Group LLC | 4210-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Baytree National Bank & Trust Company | 4210-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | BB&T Commercial Equipment Capital Corp. | 4210-000 | 99,893.68 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BioMerieux | 4210-000 | 20,329.03 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CIT Finance LLC | 4210-000 | 11,680.84 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Corporation Service Company | 4210-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Henry Schein, Inc. | 4210-000 | 44,536.71 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Leasing Associates of Barrington, Inc. | 4210-000 | 81,149.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Newtek Small Business Finance LLC | 4210-000 | 680,722.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Specialty Laboratories, Inc | 4210-000 | 38,853.51 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Equipment Finance, Inc. | 4210-000 | 358,220.08 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,611,369.07** | **$1,258,181.89** | **$669,864.38** | **$669,864.38** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chad S. Paiva | 2100-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| Chad S. Paiva | 2200-000 | N/A | 621.11 | 621.11 | 621.11 |
| Steven Fender PA | 3210-000 | N/A | 38,169.50 | 38,169.50 | 38,169.50 |
| John Shiekman, Esq. | 3210-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Steven Fender PA | 3220-000 | N/A | 4,215.50 | 4,215.50 | 4,215.50 |
| Yip Associates | 3410-000 | N/A | 21,313.50 | 21,313.50 | 21,313.50 |
| Yip Associates | 3420-000 | N/A | 240.00 | 240.00 | 240.00 |
| U S TRUSTEE | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Greenspoon Marder, P.A. | 2500-000 | N/A | 5,924.50 | 5,924.50 | 5,924.50 |
| Broward County Tax Collector | 2820-000 | N/A | 18,461.12 | 18,461.12 | 18,461.12 |
| Florida Department of Revenue | 2820-000 | N/A | 1,867.96 | 1,867.96 | 1,867.96 |
| Trustee Realty Inc. | 3510-000 | N/A | 40,750.00 | 40,750.00 | 40,750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$166,888.19** | **$166,888.19** | **$166,888.19** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 28 | State of Florida - Department of Revenue | 5800-000 | N/A | 924.20 | 924.20 | 924.20 |
| 29 | State of Florida - Department of Revenue | 5800-000 | 3,054.03 | 3,529.00 | 3,529.00 | 3,529.00 |
| NOTFILED | Broward County Tax Collector | 5800-000 | 4,377.47 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Broward County Tax Collector | 5800-000 | 3,989.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Broward County Tax Collector | 5800-000 | 81.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Pembroke Pines. | 5800-000 | 478.13 | 0.00 | 0.00 | 0.00 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $11,980.31 | $4,453.20 | $4,453.20 | $4,453.20 |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Broward County | 7100-000 | N/A | 4,144.55 | 4,144.55 | 232.41 |
| 2 | Broward County | 7100-000 | N/A | 3,989.43 | 3,989.43 | 223.71 |
| 5 | Specialty Laboratories, Inc. | 7100-000 | N/A | 38,853.51 | 38,853.51 | 2,178.72 |
| 6 | Toyota Motor Credit Corporation | 7100-000 | N/A | 5,554.55 | 5,554.55 | 311.47 |
| 7 | American Express National Bank | 7100-000 | 2,391.12 | 1,900.00 | 1,900.00 | 106.54 |
| 8 | Regions Bank | 7100-000 | N/A | 776.39 | 776.39 | 43.54 |
| 9 | eClinicalWorks, LLC | 7100-000 | 1,800.00 | 2,583.00 | 2,583.00 | 144.84 |
| 10 | Magellan Diagnostics | 7100-000 | 2,075.10 | 2,075.00 | 2,075.00 | 116.36 |
| 11 | UnitedHealthcare Insurance Company | 7100-000 | N/A | 3,866.78 | 3,866.78 | 216.83 |
| 12 | Atlas Acquisitions LLC | 7100-000 | N/A | 87,465.90 | 87,465.90 | 4,904.67 |
| 13 | Bio-Rad Laboratories, Inc., A Delaware Corporation | 7100-000 | 110,287.95 | 113,077.53 | 113,077.53 | 6,340.85 |
| 14 | Eppendorf North America Inc. | 7100-000 | 101,391.00 | 4,562.74 | 4,562.74 | 255.86 |
| 15 | OPTUMInsight | 7100-000 | N/A | 835.04 | 835.04 | 46.83 |
| 16 | Newtek Small Business Finance, LLC | 7100-000 | N/A | 219,131.35 | 219,131.35 | 12,287.84 |
| 17 | World Omni Financial Corp. | 7100-000 | N/A | 642.42 | 642.42 | 36.02 |
| 18 | World Omni Financial Corp. | 7100-000 | N/A | 1,521.53 | 1,521.53 | 85.32 |
| 19 | Quest Diagnostics Clinical Laboratories Inc. | 7100-000 | 561.46 | 561.46 | 561.46 | 31.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | Merchant Cash and Capital LLC | 7100-000 | N/A | 380,803.50 | 380,803.50 | 21,353.64 |
| 21 | World Omni Financial Corp. | 7100-000 | N/A | 9,266.61 | 9,266.61 | 519.63 |
| 22 | U.S. Arkray, Inc. | 7100-000 | N/A | 255,338.13 | 255,338.13 | 14,318.14 |
| 23 | Bio-Rad Laboratories, Inc. | 7100-000 | N/A | 104,756.71 | 104,756.71 | 5,874.25 |
| 24 | AMERICAN INSTITUTE OF TOXICOLOGY INC. | 7100-000 | 17,639.44 | 18,541.19 | 18,541.19 | 1,039.70 |
| 25 | American Honda Finance Corporation | 7100-000 | N/A | 4,122.13 | 4,122.13 | 231.15 |
| 26 | Department of Homeland Security | 7100-000 | N/A | 47,801.35 | 47,801.35 | 2,680.47 |
| 27 | GreatAmerica Financial Services Corporation | 7100-000 | 2,154.70 | 31,858.48 | 31,858.48 | 1,786.47 |
| 28 | State of Florida - Department of Revenue | 7300-000 | N/A | 375.00 | 375.00 | 0.00 |
| 30 | Toyota Motor Credit Corporation | 7100-000 | N/A | 26,394.09 | 26,394.09 | 1,480.05 |
| 31 | Aetna, Inc. and certain affiliated entities | 7100-000 | 8,064.48 | 5,228.92 | 5,228.92 | 293.21 |
| 32 | BankUnited, N.A. | 7100-000 | N/A | 103,002.80 | 103,002.80 | 5,775.90 |
| 33-2 | BB&T Commercial Equipment Capital Corp. | 7100-000 | 86,129.77 | 101,679.02 | 101,679.02 | 5,701.67 |
| 34 | Henry Schein, Inc. | 7100-000 | N/A | 32,065.67 | 32,065.67 | 1,798.09 |
| 35 | Siemens Healthineers | 7100-000 | 13,875.00 | 13,875.40 | 13,875.40 | 778.07 |
| 36 | World Omni Financial Corp. | 7100-000 | N/A | 8,563.37 | 8,563.37 | 480.19 |
| 37 | American Health Associates | 7100-000 | 3,616.50 | 3,616.50 | 3,616.50 | 202.80 |
| 38-2 | Wells Fargo Equipment Finance, Inc. | 7100-000 | N/A | 294,610.54 | 294,610.54 | 16,520.35 |
| 39 | AT&T Corp | 7100-000 | N/A | 504.80 | 504.80 | 28.31 |
| 40 | BellSouth Telecommunications, Inc | 7100-000 | N/A | 1,447.51 | 1,447.51 | 81.17 |
| 41 | McKesson Medical-Surgical, Inc. | 7100-000 | 27,132.40 | 27,496.01 | 27,496.01 | 1,541.84 |
| 42-2 | Biomerieux | 7100-000 | 20,239.00 | 20,875.52 | 20,875.52 | 1,170.60 |
| 43 | Sebia | 7100-000 | 28,780.56 | 39,715.31 | 39,715.31 | 2,227.04 |
| NOTFILED | ADT Security Services | 7100-000 | 603.83 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Alcor Scientific | 7100-000 | 315.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Allen Maxwell & Silver | 7100-000 | 706.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Altus Global Trade Solutions | 7100-000 | 29,125.94 | 0.00 | 0.00 | 0.00 |
| NOTFILED | America Energy, Inc. | 7100-000 | 507.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | American Corporate Recovery, Inc. | 7100-000 | 25,591.16 | 0.00 | 0.00 | 0.00 |
| NOTFILED | American Proficiency Institute | 7100-000 | 5,636.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | American Recovery Service Incorporated | 7100-000 | 707.52 | 0.00 | 0.00 | 0.00 |
| NOTFILED | American Recovery Service Incorporated | 7100-000 | 288.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ARSI | 7100-000 | 996.07 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AutoGenomics, Inc. | 7100-000 | 284,495.32 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America Merchant Services | 7100-000 | 663.96 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America Merchant Services | 7100-000 | 378.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America Merchant Services | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BankUnited, N.A. | 7100-000 | 22,039.58 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BankUnited, N.A. | 7100-000 | 99.95 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Byline Financial Group-03 | 7100-000 | 24,240.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Caine & Weiner | 7100-000 | 836.96 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CarePlus Health Plans, Inc. | 7100-000 | 143.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CareTracker, Inc. | 7100-000 | 375.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CCSC | 7100-000 | 1,282.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Central Credit Services LLC | 7100-000 | 5,554.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chapman Law Group | 7100-000 | 15,171.14 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cigna c/o Accent | 7100-000 | 105.07 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cigna c/o Accent | 7100-000 | 79.13 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cigna c/o Accent | 7100-000 | 83.44 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cigna c/o Accent | 7100-000 | 52.59 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cisco, Inc. | 7100-000 | 257.74 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CIT Finance LLC | 7100-000 | 5,546.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Pembroke Pines. | 7100-000 | 71.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Pembroke Pines. | 7100-000 | 212.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Pembroke Pines. | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | College of American Pathologist | 7100-000 | 62.62 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Comcast | 7100-000 | 7,078.07 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Confirmatrix Laboratory | 7100-000 | 16,800.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Coventry Health Care of Florida | 7100-000 | 207.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Credence | 7100-000 | 440.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Credit Protection Assocition | 7100-000 | 198.94 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cytocheck | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dimesan USA Inc. | 7100-000 | 39,722.08 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dittcorp | 7100-000 | 915.86 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Diversified Consultants, Inc. | 7100-000 | 143.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DMS CGI | 7100-000 | 1,608.74 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DMS CGI | 7100-000 | 114.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DMS CGI | 7100-000 | 173.88 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DMS CGI | 7100-000 | 107.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dynex Technologies | 7100-000 | 6,500.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Earthlink Business 1058 | 7100-000 | 285.03 | 0.00 | 0.00 | 0.00 |
| NOTFILED | EBF Partners, LLC | 7100-000 | 223,601.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | EmblemHealth, Inc, | 7100-000 | 88.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Epic Business Solution | 7100-000 | 4,880.38 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Coast Service Options, Inc. | 7100-000 | 3,627.03 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Data Global Leasing | 7100-000 | 468.68 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Data Global Leasing | 7100-000 | 926.62 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Quality Lab | 7100-000 | 38,064.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fisher Scientific Company, LLC | 7100-000 | 55,120.16 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida Blue | 7100-000 | 1,948.17 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida Business Development Corporation | 7100-000 | 5,998.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida Business Development Corporation | 7100-000 | 221,998.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida Turnpike Enterprise | 7100-000 | 115.02 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida Turnpike Enterprise | 7100-000 | 122.84 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida Turnpike Enterprise | 7100-000 | 20.49 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fujirebio Diagnostics, Inc. | 7100-000 | 254.57 | 0.00 | 0.00 | 0.00 |
| NOTFILED | GreatAmerica Financial Services | 7100-000 | 978.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | GreatAmerica Financial Services | 7100-000 | 978.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Home Depot. | 7100-000 | 1,057.38 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Honda Financial Services | 7100-000 | 1,717.30 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Honda Financial Services | 7100-000 | 12,305.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Humana Health Care Plans | 7100-000 | 543.14 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Humana Health Care Plans | 7100-000 | 4,549.49 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hunter Warfield | 7100-000 | 926.62 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IC System, Inc. | 7100-000 | 209.45 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IC System, Inc. | 7100-000 | 446.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Inova Diagnostics, Inc. | 7100-000 | 3,967.48 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Inova Diagnostics, Inc. | 7100-000 | 3,039.01 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Laser Labels Technologies | 7100-000 | 562.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lexus Financial Services | 7100-000 | 26,394.09 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lexus Financial Services | 7100-000 | 5,554.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Life Technologies Corporation | 7100-000 | 153.39 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MDX | 7100-000 | 673.47 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MDX | 7100-000 | 76.47 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MDX | 7100-000 | 226.76 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MDX | 7100-000 | 29.81 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | MDX | 7100-000 | 42.29 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mellon | 7100-000 | 15,473.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mercedes Medical | 7100-000 | 718.22 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Miami Dade Expy Authority/MDX | 7100-000 | 187.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Miami Dade Expy Authority/MDX | 7100-000 | 544.11 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mid America Accounts Control Bureau, Inc | 7100-000 | 388.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mid-American Collections | 7100-000 | 14,777.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Moana Diagnostics | 7100-000 | 300,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Molina Healthcare of Florida | 7100-000 | 226.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Molina Healthcare of Florida | 7100-000 | 20.88 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Molina Healthcare of Florida | 7100-000 | 173.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Molina Healthcare of Florida | 7100-000 | 98.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Molina Healthcare of Florida | 7100-000 | 234.63 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Molina Healthcare of Florida | 7100-000 | 244.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | New England BioLabs, Inc. | 7100-000 | 221.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Optum Labels Technology | 7100-000 | 143.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pitney Bowes Global Financial Services | 7100-000 | 175.83 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Preferred Care Partners | 7100-000 | 1,549.88 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PRS | 7100-000 | 120.46 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PRS | 7100-000 | 210.35 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Qiagen, Inc. | 7100-000 | 7,056.05 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Qiagen, Inc. | 7100-000 | 212.36 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 36,317.51 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Quill | 7100-000 | 58.98 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Red Seal World Co. | 7100-000 | 21,223.71 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Remel | 7100-000 | 640.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | RMS | 7100-000 | 924.83 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rolling Oaks Cytopathology Consultants | 7100-000 | 4,625.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sequium Asset Solutions, LLC | 7100-000 | 776.39 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Shred Monkeys | 7100-000 | 39.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Simply Healthcare Plans | 7100-000 | 3,571.69 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SmartBTech,Inc. | 7100-000 | 4,875.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Southeast Toyota Finance | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Southeast Toyota Finance | 7100-000 | 32,016.61 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Southeast Toyota Finance | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | SRA Associates LLC | 7100-000 | 8,125.51 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Takara Bio USA, Inc. | 7100-000 | 406.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Harford | 7100-000 | 2,170.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Phia Group | 7100-000 | 96.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Toll-By-Plate | 7100-000 | 48.58 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Total Lab USA, Inc. | 7100-000 | 2,797.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Toyota | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Toyota | 7100-000 | 642.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Translational Software Incorporated | 7100-000 | 2,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | United Clinical Laboratory, LLC | 7100-000 | 49,295.32 | 0.00 | 0.00 | 0.00 |
| NOTFILED | United Collection Bureau, Inc. | 7100-000 | 1,057.38 | 0.00 | 0.00 | 0.00 |
| NOTFILED | United Healthcare Community Plan | 7100-000 | 31.95 | 0.00 | 0.00 | 0.00 |
| NOTFILED | United Healthcare Medicare Solutions | 7100-000 | 5,469.45 | 0.00 | 0.00 | 0.00 |
| NOTFILED | United States Department of Homeland Sec | 7100-000 | 47,801.35 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Us Bank | 7100-000 | 475.63 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 85.44 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 351.78 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 75.05 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 27.45 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 294.99 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 82.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 106.81 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 172.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 86.21 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 45.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Department of the Treasury | 7100-000 | 1,592.49 | 0.00 | 0.00 | 0.00 |
| NOTFILED | USAA Life Insurance Company | 7100-000 | 353.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Verichem Laboratories Inc. | 7100-000 | 1,946.33 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wellcare Health Plan | 7100-000 | 119.29 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Werfen USA, LLC | 7100-000 | 5,242.26 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,127,180.34** | **$2,023,479.74** | **$2,023,479.74** | **$113,446.03** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case Number:** 18-16804 SMG | **Trustee:** Chad S. Paiva |
| **Case Name:** CM Lab Inc | **Filed (f) or Converted (c):** 09/06/18 (c) |
| | **§341(a) Meeting Date:** 10/11/18 |
| **Period Ending:** 10/02/20 | **Claims Bar Date:** 11/19/18 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) Abandon | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Wells Fargo Bank, N.A.Business Choice Checking 5929 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Suntrust Bank, N.A.Total Business Banking 9791 | 2,442.73 | 1,886.57 | | 1,886.57 | FA |
| 3 | Accounts receivable over 90 days Abandoned per DE #76 | 92,916.03 | 0.00 | OA | 0.00 | FA |
| 4 | Work in Progress -pending laboratoryorders Abandoned Per DE #76 | Unknown | 0.00 | OA | 0.00 | FA |
| 5 | Various glass partitions (some panels with CMLabs logo etched into the glass), 16 sheets ofglass connected to 6 yellow and gray walls 73"high (home made) Abandoned Per DE #76 | 200.00 | 0.00 | OA | 0.00 | FA |
| 6 | phone system Abandoned Per DE #76 | Unknown | 0.00 | OA | 0.00 | FA |
| 7 | credit card merchant equipment Abandoned Per DE #76 | Unknown | 0.00 | OA | 0.00 | FA |
| 8 | 1 Abbott Immunoassay Architeck i1000 SRImmunoassay AnalyzerS/N: iISR54019With Sinergy S2000XHU(Debtor asserts ownership - disguised securityinterest) Abandoned Per DE#76 | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | 1 Abbott Immunoassay Architeck i2000 withiARM attachment (Debtor asserts ownership - disguised securityinterest) Abandoned Per DE #76 | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 1 Olympus AU640S/N: 8017138 Abandoned Per DE #76 | 5,500.00 | 0.00 | OA | 0.00 | FA |
| 11 | 2 Abbott Cell-Dyn Ruby Hematology Analyzers(Value is $5,500.00 each)(Debtor asserts ownership - disguised securityinterest) Abandoned Per DE #76 | 11,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | 1 AutoGenomics High Throughput System(HTS)Consisting of: 1 Infiniti Processor, S/N:14124032, 1 Infinite Ace Analyzer, S/N:14125032 and 1 Infiniti Incubator, S/N:14123032 Abandoned Per DE #76 | 47,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | 1 eppendorf epMotion P5073S/N: 5073DJ00549 Abandoned Per DE #76 | 8,900.00 | 0.00 | OA | 0.00 | FA |

Page: 2

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 18-16804 SMG | **Trustee:** | Chad S. Paiva | |
| **Case Name:** | CM Lab Inc | **Filed (f) or Converted (c):** | 09/06/18 (c) | |
| | | **§341(a) Meeting Date:** | 10/11/18 | |
| **Period Ending:** | 10/02/20 | **Claims Bar Date:** | 11/19/18 | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | 4 eppendorf vapo.protect, Mastercycler ProS/N's: 6321DP420428 (with controller),6321DP020436, 6321DP220434 and6321DP120431(Total value of $2,400.00) Abandoned Per DE #76 | 2,400.00 | 0.00 | OA | 0.00 | FA |
| 15 | 1 Instrumentation LaboratoryACL EliteS/N: 12111467 Per DE #76 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | 1 Cepheid GeneXpert XVI, 8 Testing SiteSystem with UPS, 1 Black & White Printer andShipping, including all attachments andaccessories as provided by Laboratory SupplyCompany, under Lease No. 1061000 Per DE #76 | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | 1 Capillarys 2 Flex Piercing instrument Per DE #76 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | 20861 Johnson St #117 - 118, Pembroke Pines Sold Per Order DE #116 and Report of Sale at ECF#146 | 753,700.00 | 237,550.48 | | 815,000.00 | FA |
| 19 | Patient List/Information(no commercial value) Per DE #76 | Unknown | 0.00 | OA | 0.00 | FA |
| 20 | Misc. Goodwill Per DE #76 | Unknown | 0.00 | OA | 0.00 | FA |
| 21 | Potential claim against Martha C Orozco relating to her prior management of the Debtor | Unknown | 0.00 | | 0.00 | FA |
| 22 | FPL Refund (u) | 0.00 | 687.10 | | 687.10 | FA |
| 23 | Post-Petition Rent from Asset #18 | 33,000.00 | 33,000.00 | | 33,000.00 | FA |
| 24 | Unused Retainer - Leiderman Shelomith Alexander (u) | 19,134.33 | 19,134.33 | | 19,134.33 | FA |
| 25 | Unused Retainer Rodriguez Law PL (u) | 16,443.80 | 16,443.80 | | 16,443.80 | FA |
| 26 | Claims against Bodgan, Testing Matters and other Bodgan Entities (u) | 17,500.00 | 17,500.00 | | 17,500.00 | FA |
| 27 | Capital One - avoidances (u) | 26,000.00 | 26,000.00 | | 26,000.00 | FA |
| 28 | American Express - avoidances (u) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,089,136.89** | **$377,202.28** | | **$954,651.80** | **$0.00** |

**Major activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

CBD: 11/19/18 - Complete

Tax Return Status:  CPA Hired; all necessary returns filed

Case Status:  This case was converted from chapter 11 to chapter 7 on September 6, 2018.   The primary assets are two warehouse condos located in western Pembroke Pines.  At the time the case was converted, the debtor's principal was operating a successor company out of the location that was in the process of moving when the case was converted.  The Trustee did an onsite visit  and immediately retained counsel (DE#62 - Order approving), an accountant (DE#82 - Order approving), and a realtor (DE#81 - Order approving) to market and sell the warehouse condos.  The warehouse condos were undersecured, but in the chapter 11 the partially secured third lender agreed to a carve out for the chapter 7 trustee as an incentive for the court to convert rather than dismiss the case.  The Trustee determined that the debtor's Schedule B personal property was subject to consensual and judgment liens that far exceeded the value of the assets and abandoned all Schedule B assets and filed a Report of Abandonment (DE#76). The Trustee then entered into an agreement with the debtor's principal for the entity occupying the debtor's warehouse condos to pay post-petition chapter 11 rent and post-conversion rent until it vacated the premises.  That compromise, pursuant to which the tenant agreed to pay the estate $6,000 a month for four months through October 31, 2018 ($24,000.00) which was the estimated move out date.  The Motion to approve compromise was filed on October 19, 2019 (DE#77) and scheduled for hearing on November 14, 2019. The Motion was granted at the hearing, and an Order approving the compromise was entered on November 19, 2018 (DE#88).  The tenant paid the $24,000 to the estate plus an additional $9,000.00 for November rent and rent through December 15, 2019 when it vacated the premises.  The Trustee also recovered $16,443.80 from the unused pre-petition retainer paid to Leiderman Shelemoth (DE#89 - Final Fee Order), which was lead counsel for the debtor and $19,134.33 from the unused pre-petition retainer paid to Rodriguez Law (DE#91 - Final Fee Order), which was co-counsel to Leiderman, Shelemoth.  The Trustee obtained a buyer (Elkin Sanchez) for the two warehouse condo units for $740,000, subject to higher and better offers and filed a Motion to sell the condo units free and clear of certain liens on February 13, 2019 (DE#99) and a Motion to employ John Shiekman, Esq. as special real estate counsel to close the transaction for a flat fee of $5,000.00.  The sale motion was scheduled for hearing on March 20, 2019.  The motion to employ special counsel was scheduled for February 27, 2019.  The application to employ An Order approving John Shiekman's employment as special was entered on March 1, 2019 (DE#108).  In conjunction with the sale motion, the first mortgage holder,  Bank United,  filed a Motion for payment of default interest, and attorney's fees and costs.  The Trustee did not oppose payment of attorney's fees and costs, but opposed payment of default interest and filed a response on March 18, 2019 (DE#113).  Prior to the hearing on the sale Motion, an agreement was reached whereby Bank United agreed to accept interest at the post-judgment rate, and would be paid $34,500.09 through March 31, 2019 for accrued post-judgment/post-petition interest, attorney's fees and costs.  An order memorializing the agreement was entered on March 20, 2019 (DE#114). Prior to the hearing on sale motion, the Trustee received a higher offer for $800,000 for the debtor's condo units.  At the March 20, 2019 hearing on the sale motion, the original buyer for $740,000 and the buyer who came in with the $800,000 offer appeared and a pre-hearing auction was held in the Court's anteroom at which the final purchase price was increased to $815,000 in favor of the original buyer, Elkin Sanchez.  The sale to Elkin Sanchez for $815,000 was approved by the Court at the hearing, and an Order approving the sale was entered on March 22, 2019 (DE#116).  Subsequent to the entry of the Order approving the sale, a Florida Department of Revenue lien showed up which was not dealt with in the Motion.  On April 4, 2019, the Trustee filed an Emergency Motion to Strip the DOR's lien (DE#124) which was scheduled by the Court for April 9 2019.  The DOR agreed to release its lien since it's claim in the bankruptcy is a priority claim, and the motion to strip lien was withdrawn.  The sale of the condo units closed on April 11, 2019.  The estate received net proceeds of $237,550.48, however, the sale was free and clear of the partially secured third mortgage of Newtek Small Business Finance because the parties had not been able to work out an agreed surcharge prior to the sale hearing.  Newtek had originally offered $50,000.00 to any trustee in conjunction with conversion of the case.  The Trustee had made an offer to split the net proceeds with Newtek prior to the filing of the sale motion which was rejected.  On March 25, 2019 (DE#117), the Trustee files a motion to surcharge Newtek for 50% of the net proceeds (DE#117).  The surcharge motion was scheduled for hearing on May 1, 2019.  Prior to the hearing, a compromise was reached pursuant to which the estate would receive a surcharge of $75,000 from the net proceeds and Newtek would release its lien against the $33,000 in post-petition rent collected by the Trustee and agree to have the balance of its claim reclassified as unsecured.  An order approving the compromise between the Trustee and Newtek on the surcharge motion was entered on May 1, 2019 (DE#136).  In accordance with the surcharge order, the Trustee remitted $162,500.48 to Newtek.

**Initial Projected Date of Final Report (TFR):**  December 31, 2020                **Current Projected Date of Final Report (TFR):**  April 13, 2020 (Actual)

Page: 1

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-16804 SMG | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | CM Lab Inc | Bank Name: | Signature Bank |
|  |  | Account: | ******0073 - Checking |
| Taxpayer ID#: | **-***6631 | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 10/02/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/29/18 | Asset #2 | Michael Bogdan | close out of SunTrust bank account | 1129-000 | 1,886.57 |  | 1,886.57 |
| 11/14/18 | Asset #23 | Change Within, Inc. | November 2018 rent | 1122-000 | 6,000.00 |  | 7,886.57 |
| 11/29/18 | Asset #25 | Rodriguez Law PL | unused retainer refunds Per DE # 91 | 1221-000 | 16,443.80 |  | 24,330.37 |
| 11/29/18 | Asset #24 | Leiderman Shelomith Alexander | refund of unused retainer Per DE #89 | 1221-000 | 19,134.33 |  | 43,464.70 |
| 11/29/18 | Asset #23 | Leiderman Shelomith Alexander | post-petition rent from Testing Matters, Inc. - Per DE #88 | 1222-000 | 24,000.00 |  | 67,464.70 |
| 12/10/18 | 1001 | Florida Department of Revenue | sales tax on rent for June, July, Sept and Nov 2018 ($5,660.37 monthly rent) | 2820-000 |  | 1,698.15 | 65,766.55 |
| 12/12/18 | Asset #23 | Change Within, Inc. | 1/2 rent for Dec 2018 | 1122-000 | 3,000.00 |  | 68,766.55 |
| 01/09/19 | 1002 | Florida Department of Revenue | Sales Tax on Dec 2018 rent - per order DE#77 | 2820-000 |  | 169.81 | 68,596.74 |
| 04/19/19 |  | Greenspoon Marder Trust Account | Proceeds from sale of real property per Order ECF#116 |  | 237,550.48 |  | 306,147.22 |
| 04/19/19 | Asset #18 | Lucky Green Investment LLC | Gross Sales Price           815,000.00 | 1110-000 |  |  | 306,147.22 |
| 04/19/19 |  | Greenspoon Marder, P.A. | Misc. closing costs, recording fees, doc stamps, title insurance, etc.    -5,924.50 | 2500-000 |  |  | 306,147.22 |
| 04/19/19 |  | Chapel Trail Trade Center | HOA assessments    -13,257.68 | 4110-000 |  |  | 306,147.22 |
| 04/19/19 |  | Bank United | Payoff first mortgage    -308,991.46 | 4110-000 |  |  | 306,147.22 |

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-16804 SMG | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | CM Lab Inc | Bank Name: | Signature Bank |
| | | Account: | ******0073 - Checking |
| Taxpayer ID#: | **-***6631 | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 10/02/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/19/19 | | Broward County Tax Collector | Post Petition Real Estate Taxes.  Taxes of $20,612.56 less credit to buyer, Lucky Green Investments LLC, of $2,151.44 | -18,461.12 | 2820-000 | | | 306,147.22 |
| 04/19/19 | | John Shiekman, Esq. | Special counsel fees per Order DE#108 | -5,000.00 | 3210-000 | | | 306,147.22 |
| 04/19/19 | | Trustee Realty Inc. | Realtor Commissions | -40,750.00 | 3510-000 | | | 306,147.22 |
| 04/19/19 | | US Small Business Administration | Payoff Second Mortgage | -185,064.76 | 4110-000 | | | 306,147.22 |
| 05/03/19 | 1003 | Newtek Small Business Finance, LLC | Per Order DE#136 - Settlement of Third Mortgage | | 4110-000 | | 162,550.48 | 143,596.74 |
| 05/09/19 | 1004 | Steven Fender PA | Per DE #138 | | | | 17,446.84 | 126,149.90 |
| 05/09/19 | | Steven Fender PA | INTERIM FEES/COSTS PER ORDER ECF#138 | 15,170.80 | 3210-000 | | | 126,149.90 |
| 05/09/19 | | Steven Fender PA | | 2,276.04 | 3220-000 | | | 126,149.90 |
| 06/30/19 | Asset #22 | FLORIDA POWER & LIGHT | Refund of remaining pre-petition deposit. | | 1229-000 | 687.10 | | 126,837.00 |
| 09/17/19 | Asset #26 | Change Within, Inc. | DE#150 Order approving settlement between Trustee and Michael Bogdan, Testing Matters and other entities. | | 1241-000 | 17,500.00 | | 144,337.00 |
| 02/13/20 | Asset #28 | American Express | DE#157 Motion to Approve Settlement between Trustee and American Express.  Filed on 2/4/2020. | | 1241-000 | 25,000.00 | | 169,337.00 |

Page: 3

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-16804 SMG | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | CM Lab Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******0073 - Checking |
| Taxpayer ID#: | **-***6631 | | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 10/02/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/02/20 | Asset #27 | Capital One Services | DE#158 Order approving settlement between Trustee and Capital One. | 1241-000 | 26,000.00 | | 195,337.00 |
| 06/25/20 | 1005 | Chad S. Paiva | Dividend of 100.000000000% | 2100-000 | | 30,000.00 | 165,337.00 |
| 06/25/20 | 1006 | Chad S. Paiva | Dividend of 100.000000000% | 2200-000 | | 621.11 | 164,715.89 |
| 06/25/20 | 1007 | Steven Fender PA | Dividend of 100.000000000% | 3220-000 | | 1,939.46 | 162,776.43 |
| 06/25/20 | 1008 | Steven Fender PA | Dividend of 100.000000000% | 3210-000 | | 22,998.70 | 139,777.73 |
| 06/25/20 | 1009 | U S TRUSTEE | Dividend of 100.000000000% | 2950-000 | | 325.00 | 139,452.73 |
| 06/25/20 | 1010 | Yip Associates | Dividend of 100.000000000% | 3420-000 | | 240.00 | 139,212.73 |
| 06/25/20 | 1011 | Yip Associates | Dividend of 100.000000000% | 3410-000 | | 21,313.50 | 117,899.23 |
| 06/25/20 | 1012 | State of Florida - Department of Revenue | Dividend of 100.000000000%, Claim No. 28 | 5800-000 | | 924.20 | 116,975.03 |
| 06/25/20 | 1013 | State of Florida - Department of Revenue | Dividend of 100.000000000%, Claim No. 29 | 5800-000 | | 3,529.00 | 113,446.03 |
| 06/25/20 | 1014 | Aetna, Inc. and certain affiliated entities | Dividend of 5.607521339%, Claim No. 31 | 7100-000 | | 293.21 | 113,152.82 |
| 06/25/20 | 1015 | American Express National Bank | Dividend of 5.607521339%, Claim No. 7 | 7100-000 | | 106.54 | 113,046.28 |
| 06/25/20 | 1016 | American Health Associates | Dividend of 5.607521339%, Claim No. 37 | 7100-000 | | 202.80 | 112,843.48 |
| 06/25/20 | 1017 | American Honda Finance Corporation | Dividend of 5.607521339%, Claim No. 25 | 7100-000 | | 231.15 | 112,612.33 |
| 06/25/20 | 1018 | AMERICAN INSTITUTE OF TOXICOLOGY INC. | Dividend of 5.607521339%, Claim No. 24 | 7100-000 | | 1,039.70 | 111,572.63 |

Page: 4

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-16804 SMG | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | CM Lab Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******0073 - Checking |
| Taxpayer ID#: | **-***6631 | | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 10/02/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/25/20 | 1019 | AT&T Corp | Dividend of 5.607521339%, Claim No. 39 | 7100-000 | | 28.31 | 111,544.32 |
| 06/25/20 | 1020 | Atlas Acquisitions LLC | Dividend of 5.607521339%, Claim No. 12 | 7100-000 | | 4,904.67 | 106,639.65 |
| 06/25/20 | 1021 | BankUnited, N.A. | Dividend of 5.607521339%, Claim No. 32 | 7100-000 | | 5,775.90 | 100,863.75 |
| 06/25/20 | 1022 | BB&T Commercial Equipment Capital Corp. | Dividend of 5.607521339%, Claim No. 33-2 | 7100-000 | | 5,701.67 | 95,162.08 |
| 06/25/20 | 1023 | BellSouth Telecommunications, Inc | Dividend of 5.607521339%, Claim No. 40 | 7100-000 | | 81.17 | 95,080.91 |
| 06/25/20 | 1024 | Bio-Rad Laboratories, Inc. | Dividend of 5.607521339%, Claim No. 23 | 7100-000 | | 5,874.25 | 89,206.66 |
| 06/25/20 | 1025 | Bio-Rad Laboratories, Inc., A Delaware Corporation | Dividend of 5.607521339%, Claim No. 13 | 7100-000 | | 6,340.85 | 82,865.81 |
| 06/25/20 | 1026 | Biomerieux | Dividend of 5.607521339%, Claim No. 42-2 | 7100-000 | | 1,170.60 | 81,695.21 |
| 06/25/20 | 1027 | Broward County | Dividend of 5.607521339%, Claim No. 1 | 7100-000 | | 232.41 | 81,462.80 |
| 06/25/20 | 1028 | Broward County | Dividend of 5.607521339%, Claim No. 2 | 7100-000 | | 223.71 | 81,239.09 |
| 06/25/20 | 1029 | Department of Homeland Security | Dividend of 5.607521339%, Claim No. 26 | 7100-000 | | 2,680.47 | 78,558.62 |
| 06/25/20 | 1030 | eClinicalWorks, LLC | Dividend of 5.607521339%, Claim No. 9 | 7100-000 | | 144.84 | 78,413.78 |
| 06/25/20 | 1031 | Eppendorf North America Inc. | Dividend of 5.607521339%, Claim No. 14 | 7100-000 | | 255.86 | 78,157.92 |
| 06/25/20 | 1032 | GreatAmerica Financial Services Corporation | Dividend of 5.607521339%, Claim No. 27 | 7100-000 | | 1,786.47 | 76,371.45 |
| 06/25/20 | 1033 | Henry Schein, Inc. | Dividend of 5.607521339%, Claim No. 34 | 7100-000 | | 1,798.09 | 74,573.36 |

Page: 5

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-16804 SMG | Trustee: | Chad S. Paiva |
| --- | --- | --- | --- |
| Case Name: | CM Lab Inc | Bank Name: | Signature Bank |
| | | Account: | ******0073 - Checking |
| Taxpayer ID#: | **-***6631 | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 10/02/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/25/20 | 1034 | Magellan Diagnostics | Dividend of 5.607521339%, Claim No. 10 | 7100-000 | | 116.36 | 74,457.00 |
| 06/25/20 | 1035 | McKesson Medical-Surgical, Inc. | Dividend of 5.607521339%, Claim No. 41 | 7100-000 | | 1,541.84 | 72,915.16 |
| 06/25/20 | 1036 | Merchant Cash and Capital LLC | Dividend of 5.607521339%, Claim No. 20 | 7100-000 | | 21,353.64 | 51,561.52 |
| 06/25/20 | 1037 | Newtek Small Business Finance, LLC | Dividend of 5.607521339%, Claim No. 16 | 7100-000 | | 12,287.84 | 39,273.68 |
| 06/25/20 | 1038 | OPTUMInsight | Dividend of 5.607521339%, Claim No. 15 | 7100-000 | | 46.83 | 39,226.85 |
| 06/25/20 | 1039 | Quest Diagnostics Clinical Laboratories Inc. | Dividend of 5.607521339%, Claim No. 19 | 7100-000 | | 31.48 | 39,195.37 |
| 06/25/20 | 1040 | Regions Bank | Dividend of 5.607521339%, Claim No. 8 | 7100-000 | | 43.54 | 39,151.83 |
| 06/25/20 | 1041 | Sebia | Dividend of 5.607521339%, Claim No. 43 | 7100-000 | | 2,227.04 | 36,924.79 |
| 06/25/20 | 1042 | Siemens Healthineers | Dividend of 5.607521339%, Claim No. 35 | 7100-000 | | 778.07 | 36,146.72 |
| 06/25/20 | 1043 | Specialty Laboratories, Inc. | Dividend of 5.607521339%, Claim No. 5; Stopped on 08/11/2020 | 7100-000 | | 2,178.72 | 33,968.00 |
| 06/25/20 | 1044 | Toyota Motor Credit Corporation | Dividend of 5.607521339%, Claim No. 6 | 7100-000 | | 311.47 | 33,656.53 |
| 06/25/20 | 1045 | Toyota Motor Credit Corporation | Dividend of 5.607521339%, Claim No. 30 | 7100-000 | | 1,480.05 | 32,176.48 |
| 06/25/20 | 1046 | U.S. Arkray, Inc. | Dividend of 5.607521339%, Claim No. 22 | 7100-000 | | 14,318.14 | 17,858.34 |
| 06/25/20 | 1047 | UnitedHealthcare Insurance Company | Dividend of 5.607521339%, Claim No. 11 | 7100-000 | | 216.83 | 17,641.51 |
| 06/25/20 | 1048 | Wells Fargo Equipment Finance, Inc. | Dividend of 5.607521339%, Claim No. 38-2 | 7100-000 | | 16,520.35 | 1,121.16 |

Page: 6

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-16804 SMG | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | CM Lab Inc | Bank Name: | Signature Bank |
| | | Account: | ******0073 - Checking |
| Taxpayer ID#: | **-***6631 | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 10/02/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/25/20 | 1049 | World Omni Financial Corp. | Dividend of 5.607521339%, Claim No. 17 | 7100-000 | | 36.02 | 1,085.14 |
| 06/25/20 | 1050 | World Omni Financial Corp. | Dividend of 5.607521339%, Claim No. 18 | 7100-000 | | 85.32 | 999.82 |
| 06/25/20 | 1051 | World Omni Financial Corp. | Dividend of 5.607521339%, Claim No. 21 | 7100-000 | | 519.63 | 480.19 |
| 06/25/20 | 1052 | World Omni Financial Corp. | Dividend of 5.607521339%, Claim No. 36 | 7100-000 | | 480.19 | 0.00 |
| 08/11/20 | 1043 | Specialty Laboratories, Inc. | Dividend of 5.607521339%, Claim No. 5; Stopped: Check issued on 06/25/2020 | 7100-000 | | -2,178.72 | 2,178.72 |
| 08/11/20 | 1053 | Specialty Laboratories, Inc. | Reissued Distribution Check | 7100-000 | | 2,178.72 | 0.00 |

|  |  | Receipts | Disbursements |  |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 377,202.28 | 377,202.28 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 377,202.28 | 377,202.28 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$377,202.28** | **$377,202.28** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0073** | 377,202.28 | 377,202.28 | 0.00 |
| | $377,202.28 | $377,202.28 | $0.00 |